FILED

SEP - 6 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. | 1:22CR00121SNLJ-ACL |
| vs. ) | |
| ) | |
| SENQUE S. BINGHAM, and ) 18 U.S.C. § 922(u); | |
| CHAYCE HARRELL, ) 18 U.S.C. § 2(a) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about August 7, 2020, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri,

**SENQUE S. BINGHAM, and
CHAYCE HARRELL,**

the defendants herein, aided and abetted by each other, did knowingly steal and unlawfully take and carry away one or more firearms from the premises of a person who is licensed to engage in the business of dealing in firearms, and said firearms had been previously shipped and transported in interstate commerce and were taken from the licensee's business inventory, in violation of 18 U.S.C. § 922(u) and 18 U.S.C. § 2(a), and punishable under 18 U.S.C. § 924(m).

1

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY


_____
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY